■ SHARLENE R. GONZALEZ, Also Known as SHARLENE NUNEZ, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 90645.) (Appeal No. 2.) [869 NYS2d 828]

Present—Smith, J.P., Lunn, Fahey and Peradotto, JJ.